**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as* | : | **MEDIATION STATUS REPORT** |
| *Chapter 7 Trustee of Art Van Furniture,* | : | |
| *LLC, et al.* | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 22-50187-CTG |
| | : | |
| Corinthian, Inc. | : | |
| | : | |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

     _____         Mediation is scheduled to occur on _____.

     _____         A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

      X         OTHER:  The Mediator expects to have a mediation date scheduled within the next 30 days.

Dated: <u>December 21, 2022</u>        Mediator

        <u>*/s/ Ian Connor Bifferato*</u>
        Ian Connor Bifferato (DE #3273)
        The Bifferato Firm P.A.
        1007 N. Orange Street, 4th Floor
        Wilmington, DE  19801
        Tel. (302) 225-7600
        E-mail: cbifferato@tbf.legal