# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al.,[1] | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*, | Adv. Proc. No. 22-50187 (CTG) |
| Plaintiff, | Mediator:<br>Ian Connor Bifferato |
| vs. | |
| CORINTHIAN, INC., | Date:   August 25, 2025<br>Time:   10:00 a.m. EST |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE BE ADVISED that Plaintiff, Chapter 7 Trustee of the Estates of Start Man Furniture, and Defendant, Corinthian, Inc., have reached a settlement of the above-captioned adversary.

The parties will move to document the settlement in the immediate future.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

LA:4901-0628-0804.1 05233.004

2

Dated: August 28, 2025            **PACHULSKI STANG ZIEHL & JONES LLP**

                                           */s/ Peter J. Keane*
                                           Bradford J. Sandler (DE Bar No. 4142)
                                           Jeffrey P. Nolan (CA Bar No. 158923)
                                           Peter J. Keane (DE Bar No. 5503)
                                           919 North Market Street, 17th Floor
                                           Wilmington, DE 19899-8705 (Courier 19801)
                                           Telephone: (302) 652-4100
                                           Facsimile: (302) 652-4400
                                           Email:  bsandler@pszjlaw.com
                                                          acaine@pszjlaw.com
                                                          jnolan@pszjlaw.com
                                                          pkeane@pszjlaw.com

                                           *Counsel to Plaintiff, Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Start Man Furniture, LLC, et al.*