**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*[1]<br><br>        Debtors. | Chapter 7<br><br>Case 20-10553 (CTG)<br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>        Plaintiff,<br>        v.<br><br>CORINTHIAN, INC.,<br><br>        Defendant. | Adv. Pro. No. 22-50187 (CTG) |

**STIPULATION REGARDING DISMISSAL OF**
**ADVERSARY PROCEEDING WITH PREJUDICE**

The parties in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through respective counsel, stipulate (the "Stipulation") as follows:

Upon filing of this Stipulation, the Adversary Proceeding shall be dismissed with prejudice, with each of the parties bearing their own fees and costs.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

67792048 v2

Dated: May 18, 2026

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **BURR & FORMAN LLP** |

/s/ Shannon D. Humiston

/s/ Peter J. Keane

Bradford J. Sandler (No. 4142)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor

J. Cory Falgowski (No. 4546)
Shannon D. Humiston (No. 5740)
Telephone:  (302) 830-2300
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
       pkeane@pszjlaw.com

Facsimile:   (302) 397-2566
Email:  jfalgowski@burr.com
        shumiston@burr.com

*Counsel for Defendant*

*Counsel for Plaintiff*

67792048 v2